UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OPERATOR TACTICAL BOOTS, LLC, )
ET AL., )
        Plaintiffs )
)
      v. ) C.A. NO. 09-30188-MAP
)
NEW BALANCE ATHLETIC SHOE, )
INC., ET AL., )
        Defendants )

ORDER RE: CLOSURE OF CASE

July 11, 2011

PONSOR, D.J.

    On January 4, 2010, this court entered an Order of Default Judgment and the case was terminated. See Dkt. No. 12. On October 15, 2010, the court granted a motion to reopen the case without prejudice. See Dkt. No. 13. On January 3, 2011, a Motion to Set Aside the Default was filed. See Dkt. No. 15.

    On April 29, 2011, the court heard argument, partly by telephone, and at the conclusion of the argument denied the Motion to Set Aside the Default.

    In order to clarify the docket, this case is hereby re-terminated and it may now be closed.

    It is So Ordered.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                U. S. District Judge